AO 442 (Rev. 11/11) Arrest Warrant

☑ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

FEB 1 2 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
Brandon Alexander Adams,

)
)
)  Case No.  CR-14-8020-PCT-DGC
)           CR-14-184-PHX
)
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BRANDON ALEXANDER ADAMS,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:514(a)(1) and 2 - Making Fictitious Instrument and Aid & Abet

18:514(a)(2) and 2 - Using Fictitious Instrument and Aid & Abet

Date: 02/05/2014

_____  M. Pruneau (for)
*Issuing officer's signature*

City and state:  Phoenix, Arizona

BRIAN D. KARTH. DCE/CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 2/5/2014, and the person was arrested on *(date)* 2/7/2014
at *(city and state)* Albuquerque, NM

Date: 2/7/2014

by M. Murphy SDUSM
*Arresting officer's signature*
arrested by FBI

*Printed name and title*