IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Brandon Alexander Adams,<br><br>　　　　　　Defendant. | No. 2:14-cr-00184-002-NVW<br><br>**O R D E R<br>CONTINUING TRIAL** |

　　　　This case is set for a Trial on April 1, 2014.  Defendant Brandon Alexander Adams filed a motion to continue and additional time is required to adequately prepare for trial.  The Government has no objection to a continuance.

　　　　The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because, for the reasons set forth in the motion, failure to grant the continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

　　　　IT IS ORDERED as follows:

　　　　1.　The trial scheduled for April 1, 2014 is vacated and rescheduled for _____and the pretrial motion deadline is continued until _____.

　　　　2.　All motions, unless made during a hearing or trial, shall be in writing and shall be made sufficiently in advance of trial to comply with the time periods set forth in LRCiv 7.2 and any court order and to avoid any delays in the trial.  Pretrial motions may be heard before a magistrate judge and a report and recommendation will be provided to the district judge assigned to the case.

　　　　3.　Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on _____ and end on _____.  Such time shall be in addition to

other excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

4. That any and all subpoenas previously issued shall remain in full force and effect through the new trial date.

5. Any motion or stipulation to continue the scheduled trial date and change of plea deadline shall be filed with the Clerk of Court no later than 5:00 p.m., _____.

D<span>ATED</span> this ____ day of _____, 2014.

_____
Judge Neil V. Wake