# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Office of Legal Affairs, Passport Services
U.S. Department of State
600 19th Street NW, 4th Floor
Washington, DC  20006

**FROM:** United States Pretrial Services
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

**Original Notice**

**Date:**  April 23, 2014
**By:**  JTH

| | | | |
|---|---|---|---|
| **Defendant:** | Brandon Alexander Adams | **Case Number:** | 0970 2:14CR00184 |
| **Date of Birth:** | | **Place of Birth:** | Huntington Beach, CA |
| **SSN:** | | | |

**Notice of Court Order** (Order Date: February 7, 2014)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered Passport number 440092208 to the custody of the U.S. Pretrial Services on April 23, 2014.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court