

Mark Heath (SBN 025529)
1640 South Stapley Drive, Suite 127
Mesa, Arizona 85204
(480) 442-0489
(480) 464-5692 (fax)
mark@theheathlawfirm.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, | Case No. 2:14-CR-00184-NVW |
| Plaintiff; | **NOTICE OF CHANGE OF ADDRESS AND FIRM NAME EFFECTIVE AUGUST 29, 2014** |
| vs. | |
| **Brandon Adams**, | |
| Defendant. | |

Pursuant to LRCiv. 83.3(d), counsel for Defendant hereby gives Notice of the change in address and firm name in the instant case. All pleadings after August 29, 2014, should be addressed as follows:

Mark A. Heath
The Heath Law Firm, PLLC
1640 South Stapley Drive, Suite 127
Mesa, Arizona 85204
Telephone: (480) 442-0489
mark@theheathlawfirm.com

Respectfully submitted: August 27, 2014.

By /s/Mark Heath
Mark A. Heath
Attorney for Defendant

1

Respectfully submitted: August 27, 2014

By /s/Mark Heath
Mark A. Heath
1640 South Stapley Drive, Suite 127
Mesa, Arizona 85204
Attorney for Defendant

Copy of the foregoing transmitted by ECF for filing August 27, 2014, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy mailed to:

Defendant