✓ FILED ___ LODGED
___ RECEIVED ___ COPY
APR 30 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

RE: Case #2:14-cr-00184-NVW-3

Honorable Neil V. Wake,

At the Sentencing hearing of April 6th, I was remiss in asking the Court to grant the back time of 572 days and incorporate such into the Sentence. I have no excuses, "Forgive Me."

I am attaching a letter addressed to Lisa Jennis which is self explanatory in my attempt to resolve this problem I have.

Please be patient with a young man such as my self.

I am still learning.

Cordialey,

26th of April 2015 — Benton Tyler Thomas Hall

Benton Tyler Thomas Hall

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CMCa 5.4 Ln 6(a),(b),(c)
(Rule Number/Section)

Benton Tyler Thomas Hall
C/o CCA-CADC
1155 North Pinal Parkway
Florence, AZ 85132

April 22nd, 2015

Lisa Jennis
Assistant United States Attorney
40 North Central Avenue
Phoenix, AZ 85004

Dear Ms. Jennis:

RE: Case #2:14-cr-00184-NVW-3
U.S.A. vs. BENTON TYLER THOMAS HALL

As you may know, the above case was recently adjudicated on April 6th of this year. Pursuant to the attached letter of November 5th, 2014 and the Government's subsequent [proposed] "Plea Agreement," the Defendant's understanding in this matter was that he would receive minimal, if any, additional time added on to the

time imposed in the South Carolina Case (Case #6:13-cr-00170-JMC).

At the Sentencing Hearing, the Defendant was remiss in bringing up the back time of 572 days already served in Case #6:13-cr-00170-JMC to be given credit of back time to the case at hand. If the back time is/has been given credit, this would essentially mean that the Defendant would only receive a few more months.

The Defendant is intending on bringing a motion before the Court to credit the time already served so as to be consistent with the Defendant's understanding in accordance with the letter of November 5th, 2024 attached hereto so as to reflect the agreement between the Parties.

This Letter is being presented to the Government to obtain the Government's position in this motion before the

Defendant presents such to the Court.

Please respond in writing within the next 10 calender days as to whether or not the Government opposes such Motion.

Thank You for Your time.

Respectfully,

Benton Tyler Thomas Hall

Benton Tyler Thomas Hall
Defendant

Cc: Eric Kessler (Advisory Counsel)
240 North Center Street
Mesa, AZ 85201

Benton Tyler Thomas Hall
C/o CCA-CADC
1155 North Pinal Parkway
Florence, AZ 85132

November 5th, 2014

Lisa Jennis
Assistant United States Attorney
40 North Central Avenue
Phoenix, AZ 85004

Dear Ms. Jennis:

RE: Case #2:14-cr-00184-NVW

This Letter is for the purpose and intention of seeking the Government's position as to a Suitable Sentence for the Defendant (Benton Tyler Thomas Hall) in the above Case.

On or about June 11th, 2014, there was a Farretta Hearing held in regards to the Defendant. After such Hearing, Advisory Counsel (Eric Kessler),

notified the Defendant that the Government was merely seeking a few extra months out of the Defendant by running a sentence concurrent with the Twenty-Four months the Defendant was already Sentenced to in Case #6:13-cr-00170-JMC in the DISTRICT OF SOUTH CAROLINA (Greenville Division).

Subsequent to the Farretta Hearing, some time in early October, the Defendant was notified through a Third Party (Kathleen Neri), indirectly, that the Government was not seeking any more time from the Defendant. The Defendant notified the Third Party, indirectly, that such an Offer would be acceptable to the Defendant, and to notify the Government of such.

Up to the Date of this Letter, however, the Defendant has received no such Offer directly from the Government.

The Defendant is seeking where

the Government stands in this Matter. If the Government is not prepared to make such an Offer, or is ready to, please contact the Defendant directly at:

Benton Tyler Thomas Hall
Inmate #90000-308
C/o CCA-CADC
1155 North Pinal Parkway
Florence, AZ 85132

thank You.

Respectfully,

Benton Tyler Thomas Hall
Benton Tyler Thomas Hall,
Defendant

Cc: Eric Kessler (Advisory Counsel)
240 North Center Street
Mesa, AZ 85201

# AFFIDAVIT OF SERVICE

Pinal County )
Arizona State )Affirmed and Subscribed
united States of America)

It is hereby certified that on the 6th day of
November 2014, the Undersigned mailed to:

Lisa Jennis
Assistant United States Attorney
40 North Central Avenue
Phoenix, AZ 85004

**AND**

Eric Kessler [Advisory Counsel]
240 North Center Street
Mesa, AZ 85201

hereinafter "Recipient(s)" the documents and sundry Papers regarding Case #2:14-cr-00184-NVW as follows:

1.) A **Letter** addressed to Lisa Jennis regarding Position of Government in Sentencing the Defendant, dated 5th of November 2014 [COPY] (3 leaves).

a total of Three (3) leaves,

Via the United States Postal Service by Placing the Same into a Mail receptacle at CCA Florence, AZ in Postpaid envelopes properly addressed to the Recipient(s) above.

I, Benton Tyler Thomas Hall, certify under penalty of Perjury, under the Laws of the United States of America, that the foregoing is true and Correct.

6th of November 2014
DATE

Benton Tyler Thomas Hall
Benton Tyler Thomas Hall,
Defendant

# AFFIDAVIT OF SERVICE

Pinal County
Arizona State } Affirmed and Subscribed
United States of America)

It is hereby Certified that on the 23rd day of April 2015, the Undersigned mailed to:

Lisa Jennis
A.U.S.A.
40 N. Central Avenue
Phoenix, AZ 85004

**AND**

Eric Kessler [Advisory Counsel]
240 N. Center Street
Mesa, AZ 85201

hereinafter "Recipient(s)" the documents and sundry papers regarding Case #2:14-cr-00184-NVW-3 as follows:

1.) A **Letter** addressed to Lisa Jennis regarding position of Government in a motion to grant back time, dated April 22nd, 2015 [COPY] (3 leaves);

2.) A **Letter** addressed to Lisa Jennis regarding Position of Government in Sentencing the Defendant, dated 5th of November 2014 [COPY] (3 leaves); and

3.) **AFFIDAVIT OF SERVICE**, dated 6th of November 2014 [COPY] (1 leaf).

a total of Seven (7) leaves,

Via the United States Postal Service by placing the Same into a Mail receptacle at CCA Florence, AZ in PostPaid envelopes properly addressed to the Recipient(s) above.

I, Benton Tyler Thomas Hall, Certify under penalty of Perjury, under the Laws of the United States of America, that the foregoing is true and correct.

23rd of April 2015
DATE

Benton Tyler Thomas Hall
Benton Tyler Thomas Hall
Defendant

Benton Tyler Thomas Hall [No. 90000-308]
C/o CCA-CADC
P.O. Box 6300
Florence, Arizona
Near. [85132]

PHOENIX AZ
28 APR 2015 PM 1

Honorable Neil V. Wake (Chambers)
C/o Sandra Day O'Connor U.S. District Court
401 West Washington Street
Phoenix, Arizona
Near. [85003]

RECEIVED
APR 30 2015
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Notice
This Correspondence
Is mailed
From a Correctional Institution
It's contents are
Uncensored

85003211799