STEPHEN C. KUNKLE, PLLC
Stephen C. Kunkle, Attorney at Law
5150 North 16th Street, Suite A-222
Phoenix, AZ 85020
AZ State Bar # 016239
Tel: 602.266.6900
Fax: 602.256.1121
E-mail: Kunkle@msn.com
ATTORNEY FOR DEFENDANT Gordon Hall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. GORDON LEROY HALL, Defendant | Case No:CR14-184-PHX-NVW (MHB) **NOTICE OF APPEAL** |

NOTICE is hereby given that GORDON LEROY HALL, the defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment and convictions following trial and the sentences imposed in this action by the Honorable Neil V. Wake, said judgment entered of record on or about June 17, 2015 (Doc. 154).

RESPECTFULLY SUBMITTED
Dated this 22nd day of June 2015

By: */s/Stephen C. Kunkle*
Stephen C. Kunkle
Attorney for Defendant

I hereby certify that on June 22nd 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable Neil V. Wake
United States District Court Judge

Clerk of Court
United State District Court

And additional copies to:

Lisa Jennis
Assistant United States Attorney
40 North Central Avenue
Phoenix, AZ 85004