FILED ___ LODGED ___
RECEIVED ___ COPY ___

JUN 22 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# NOTICE
## REJECTION OF OFFER FOR CAUSE WITHOUT DISHONOR

NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

(Applicable to all Successors and Assigns)

17 June 2015

Offeree: Gordon LeRoy
[c/o CCA, P.O. Box 6300
Florence, Arizona]

Offeror: United States of America
Lisa E. Jennis, Assistant U.S. Attorney
Two Renaissance Square, 40 N. Central #1200
Phoenix, Arizona 85004

RE: Rejection of Offer for Cause without Dishonor regarding Case #2:14-cr-00184 or new Offer of June 16, 2015.

Comes now the beneficiary Gordon LeRoy and not a defendant of the Gordon LeRoy Hall

Page 1 of 6

estate having returned the property in case No: 2:14-cr-00184, U.S. District Court, District of Arizona pursuant to Title 12 USC 95 a(2) to an appointed trustee of the United States to settle and close all matters with respect to the Gordon LeRoy Hall estate in case No: 2:14-cr-00184, hereinafter "Offeree."

    On Tuesday June 16, 2015, 1:15 pm at 401 W. Washington St, Phoenix, Arizona the Offeree was presented by the United States of America through its agent Lisa E. Jennis, Assistant United States Attorney, hereinafter "Offeror," either an extension to a previous offer/claim that was assigned to a government trustee for settlement pursuant to Title 12 USC 95 a(2) or in the alternative is a new offer that is unsupported by any underlying substantive or written claim that has been served upon or delivered to the Offeree in order that the Offeree may return said Offer/property to the U.S. Treasury for remedy styled as a sentencing hearing, hereinafter "Offer."
Page 2 of 6

In either event the Offeree is hereby unequivocally rejecting the Offer for Cause without Dishonor being that said Offer is either unsupported in fact or not delivered to the Offeree to provide the Offeree with a remedy therefore denying the Offeree substantive due process and equal protection under the law.

The Offeree unequivocally rejects the Offer to be surety, gage, guarantor, etc. for any party for said Offer and vacate any order premised on said Offer as it applies to the Offeree or to any other party to whom the Offeree is presumed or assumed to be liable, dependant as surety, defendant, trustee, debtor, or in any other capacity making the Offeree liable for any debts or unpaid account in response to said Offer.

If the Offeror does not withdraw the Offer or vacate any order predicated upon the Offer that said Offeror hereby voluntarily, knowingly, and willingly agrees and stipulates with Offeree that the following is the full agreement between the Offeree

and the Offeror, hereinafter "Parties" with respect to the matter:

1. The Offeree shall be exempt, immune, and held harmless from any liability, debtor obligation, including but not limited to fines, penalties, interest, fees, prison time, supervised release, probation, duties and obligations to give reports, tax returns, etc. to any government with respect to the Offer or orders derived therefrom.

2. The authority for the Offeree to reduce the parties agreement in affidavit form to a declaration to be filed under penalty of perjury and affirmation as a final judgment order setting forth the above agreement in writing and filing said affidavit in the public records as a memorial to the Parties' final agreement resolving all matters between the parties herein. Said order may consist of a clause to vacate the Offer and any and all orders proceeding from the Offer as it relates to the Offeree with the exception of any orders that would discharge the Offeree and entitle the Offeree to a full

acquittance and discharge in the matter of the case or new offer.

3. That there will be an order given by the Offeror to discharge and release any property or collateral that has been seized or returned as surety in the object of any previous orders in this matter forthwith.

4. In the event the Offer has not responded in substance to set forth a substantive claim in opposition to this "Notice Rejection of Offer for Cause without Dishonor" and the Offeror does not discharge and release the property and collateral referred in paragraph 3. above that NOTICE is hereby given that Offeror and Offeror's agent are personally liable for damages in the amount of $100,000.00 U.S. dollars in gold per day overdue and owing for each and every day that the Offeror and Offeror's agents have not issued or caused to be issued an order for discharge and/or release of the property/collateral in this matter.

5. In the event Offeror and Offeror's agents do not response or there is a non-response other than a tacit acquiescence that the Offeror and Offeror's agents have waived any and

all rights to review this administrative judgment, that this administrative judgment will become a "final expression in/of agreement in a record" by the Parties and the Offeror and Offeror's agents will be deemed to have waived any rights of continued administrative, executive or judicial review and the matter shall be res judicata and stare decisis.

_Gordon LeRoy_
Beneficiary Gordon LeRoy

The undersigned parties bear witness that the living man known to us as Gordon LeRoy appeared before us and in our presence did execute this instrument with his autograph.

_Frank Sanchez_          _Adolfo Hernández Soto_
Frank Sanchez            Adolpho Hernandez-Soto

cc: Neil V. Wake
    U.S. Attorney
    United States of America
    Clerk of Court, U.S. District Court, District of Arizona
    Warden C. Keeton, CCA

Page 6 of 6


# CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned mailed to:

| | | |
|---|---|---|
| Lisa E. Jennis | Neil V. Wake | U.S. Attorney |
| Assistant U.S. Attorney | 401 W. Washington St. | 401 W. Washington St. |
| Two Renaissance Square | Phoenix, Arizona 85003 | Phoenix, Arizona 85003 |
| 40 N. Central Ave. Suite 1200 | | |
| Phoenix, Arizona 85004 | Warden C. Keeton | Clerk of Court, U.S. District Court |
| | CCA, P.O. Box 6300 | 410 W. Washington |
| | Florence, Arizona 85132 | Phoenix, Arizona 85003 |

hereinafter "Recipients" the documents and sundry papers pertaining to either Case: 2:14-cr-00184 or new Offer as follows:

1. NOTICE REJECTION OF OFFER FOR CAUSE WITHOUT DISHONOR dated 17 June 2015 (6 leaves)
2. Copy of this Certificate of Service (1 page)

This mailing contained a total of seven (7) pages. I personally placed these mailings into a U.S. mail receptacle at CCA an official depository at CCA, P.O. Box 6300, Florence Arizona. The mailings were by postpaid envelope properly addressed to the recipients this 17th day of June 2015.

_Frank Sanchez_
Frank Sanchez