**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Gordon Leroy Hall, et al.,<br>Defendants. | No. CR-14-00184-001-PHX-NVW<br>**ORDER** |

The document titled Notice to Agent is Notice to Principal, etc. (Doc. 157) filed by Defendant Gordon Leroy Hall *pro se* is improper because, being represented by counsel, he may not file documents on his own, and because it is irrelevant and impertinent.

**IT IS THEREFORE ORDERED** that Notice to Agent is Notice to Principal, etc. (Doc. 157) is stricken.

Dated this 22nd day of June, 2015.

Neil V. Wake
United States District Judge