

Mark Heath
1640 South Stapley Drive, Suite 127
Mesa, Arizona 85204
State Bar No. 025529
(480) 999-5776 (fax)
mark@theheathlawfirm.com
(480) 442-0489

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 2:14-cr-00184-NVW-2 |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| vs. | |
| Brandon Alexander Adams, | |
| Defendant. | |

Undersigned counsel hereby moves to withdraw as counsel of record for the above named defendant because the case is finished and defendant did not elect to pursue an appeal. Therefore, representation has concluded.

1

Respectfully submitted: July 10, 2015

                    THE HEATH LAW FIRM, PLLC


                    By /s/Mark Heath
                    Mark A. Heath
                    1640 South Stapley Drive, Suite 127
                    Mesa, Arizona 85204
                    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on: July 10, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following if CM/ECF registrants, and mailed a copy of same to any non-registrants:

                Lisa Jennis
                U.S. Attorney's Office
                Two Renaissance Square
                40 N. Central Avenue, Suite 1200
                Phoenix, AZ 85004-4408
                (602) 514-7500
                Attorneys for Plaintiff

                                              /s/Mark Heath