UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_________________

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | No. **CR 14-0184-PHX-NVW** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Phoenix, Arizona |
| | ) | August 18, 2014 |
| **Gordon Leroy Hall, et al.,** | ) | 2:42 p.m. |
| | ) | |
| Defendants. | ) | |
| _____________________________ | ) | |

**BEFORE: THE HONORABLE NEIL V. WAKE, JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**(*Status Conference*)**

Official Court Reporter:
Laurie A. Adams, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

**APPEARANCES:**

For the Plaintiff:

U.S. ATTORNEY'S OFFICE
By: **Lisa Jennis, Esq.**
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004

For the Defendant Gordon Hall:

STEPHEN C. KUNKLE PLLC
By: **Stephen C. Kunkle, Esq.**
5150 N. 16th Street, Suite A222
Phoenix, Arizona 85016

For the Defendant Brandon Adams:

HEATH LAW FIRM PLLC
By: **Mark A. Heath, II**
1640 S. Stapley Drive, Suite 127
Mesa, AZ 85204

For the Defendant Benton Tyler Thomas Hall:

BENTON TYLER THOMAS HALL
**Pro Se**

P R O C E E D I N G S

THE COURTROOM DEPUTY: Criminal Case 2014-184, United
States of America versus Gordon Leroy Hall, Brandon Alexander
Adams, and Benton Tyler Thomas Hall. This is the time set for
a status conference as to all defendants. 14:42:49

Counsel, please announce for the record.

MS. JENNIS: Good afternoon, Your Honor. Lisa Jennis
for the United States.

MR. HEATH: Mark Heath on behalf of Mr. Adams.

MR. KUNKLE: Good afternoon. Stephen Kunkle on behalf 14:43:02
of Mr. Hall. He's sitting over there.

DEFENDANT BENTON HALL: Good afternoon, Your Honor.
Benton Tyler Thomas on behalf of the defendant, Benton Tyler
Thomas Hall.

THE COURT: Good afternoon to all. I have a motion 14:43:16
for a 90-day continuance. But what's the status of Mr. Benton
Hall's proceedings? Is that --

MS. JENNIS: Status of his what, Your Honor?

THE COURT: Status of his case. Is he headed -- I
don't want to inject myself in plea negotiations improperly, 14:43:42
but are there plea discussions going on?

MS. JENNIS: Well, Your Honor, I do think that this
case will resolve. However, plea offers have not been made but
they will be made very shortly.

THE COURT: All right. I have been having some 14:43:58

thoughts as to whether we might have to sever this trial. And the reason is sometimes you wake up in the middle of the night worrying about things, and I started worrying about the effect on the other defendants in having Mr. Benton Hall representing himself pro per in the same trial they are having their case. 14:44:28 And as I started to worry that there are not many pro pers who do things anywhere well. And I am worrying if that might flow over and prejudice some of the other defendants.

So if you all haven't worried about it, then I have just done my duty by alerting you to it. But I don't have to 14:44:50 deal with that yet. But I have been thinking about that.

Now, if this resolves either for Mr. Benton Hall or for the others, it eliminates the problem. We could go to trial without that risk.

What about the 90 days? Does everyone think 90 days 14:45:14 is an appropriate and necessary continuance for where we are today?

MS. JENNIS: I will speak for the United States. I think 90 days is appropriate. I do anticipate plea offers going -- being offered by the end of the month and probably 14:45:33 resolving prior to the 90 days. The problem is there really is a voluminous amount of discovery because search warrants were done at the place of business and computers were downloaded. So that always results in a lot of discovery. However, with that said, I think everybody does have somewhat of a good 14:45:56

handle on this matter, and it could resolve prior to the 90 days.

THE COURT: All right. Very well then. I will grant -- let's see. I think that's Mr. Kunkle's motion.

MR. KUNKLE: That was my aggregated motion, Your Honor, the other day because we were trying to get in touch with everyone. 14:46:12

THE COURT: I will grant the motion to continue trial. And we'll set it out 90 days.

Now, if we have to come in then I will be looking at setting a firm trial date with other deadlines coming up, too. That should be plenty of time to work this out. 14:46:26

MS. JENNIS: Your Honor, I don't know if Mr. Benton Hall was consulted regarding the continuance because of his incarceration. Looks like he may want to say something. 14:46:42

THE COURT: I thought he was. So Mr. Benton Hall, I thought you were in agreement on this but let me ask you, how do you feel about this motion that the others have filed requesting that this case be continued for about 90 days?

DEFENDANT BENTON HALL: Your Honor, I find this motion to be in the interests of justice and to serve the Court well, so I am all for the motion. 14:47:02

THE COURT: All right. Very well then. I will stand by the ruling I just previously announced.

MR. KUNKLE: Your Honor, is the Court -- I know you 14:47:15

mentioned 90 days. Is there a specific date that the Court is setting this for?

THE COURT: Well, we set these for a date but I don't really expect them to be a firm trial date. Almost always I have counsel in, we talk about a date that isn't just a 14:47:31 placeholder, that everyone knows it's going to go so you can prepare or prepare your witnesses.

I have had a few where my placeholder date, the defendant came in and said I want that day and so I move everything and give it to him. Maybe that's happened twice in 14:47:49 10 years. So that's the way I come at it.

I do have another trial on December 2 that might resolve, but, well, I don't know. It's hard to tell. But it's an old case. So if it doesn't resolve I do need to go to trial on that one. 14:48:08

So all right. Very well then. We'll be adjourned.

MR. KUNKLE: Thank you, Your Honor.

(Proceeding concluded at 2:48 p.m.)

C E R T I F I C A T E

I, LAURIE A. ADAMS, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 7th day of September, 2015.

s/Laurie A. Adams
________________________________
Laurie A. Adams, RMR, CRR