IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Gordon Leroy Hall,<br><br>Defendant. | No. CR-14-00184-01-PHX-NVW<br><br>**ORDER** |

Defendant has filed an unintelligible document entitled Tender of Offer for Acquittance and Discharge (Doc. 197). It does not seek any relief, but in any event it states no basis for any relief. Moreover, this Court lacks jurisdiction because the case is on appeal.

IT IS THEREFORE ORDERED that Defendant's Tender of Offer for Acquittance and Discharge (Doc. 197), to the extent it may be deemed to seek any relief, is denied for lack of jurisdiction.

DATED this 29th day of June, 2016.

Neil V. Wake
United States District Judge