✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 0 5 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ________ DEPUTY

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 14-184-PHX-NVW |
| Plaintiff, | Case No. ~~CR-14-8020-PCT-DGC(LOA)~~ |
| | TENDER OF OFFER for ACQUITTANCE AND DISCHARGE of |
| vs. | Case No. ~~CR-14-8020-PCT-DGC(LOA)~~ |
| Gordon Leroy Hall, | and |
| Defendant, | PRIVATE NEGOTIABLE PERFORMANCE BOND (12 U.S.C. § 95a (2)) |

Comes now, Gordon LeRoy,Hall, hereinafter referred to as the "Undersigned," and presents this "Tender of Offer for Acquittance and Discharge of Case #CR-14-8020-PCT-DGC(LOA), and Private Negotiable Performance Bond," as herein more fully appears.

1. TENDER OF OFFER FOR ACQUITTANCE AND DISCHARGE OF CASE NUMBER: CR-14-8020-PCT-DGC(LOA).

As evidenced by the attached instrument entitled, "(~~Superseding~~) Indictment," the Undersigned has accepted said instrument, Nunc Pro Tunc, the 4th day of February, 2014, and as evidenced by the attached instrument, the Undersigned has endorsed said instrument to be Deposited to the Order of the United States for full Acquittance and Discharge, pursuant to the act evidenced at Title 12 U.S.C. § 95a (2), Nunc Pro Tunc, February 04, 2014.

The Undersigned hereby tenders this Offer for Full Acquittance and Discharge of Case #CR-14-8020-PCT-DGC(LOA), to the UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA, in good faith for Full Acquittance and Discharge of Case #CR-14-8020-PCT-DGC(LOA) in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA.



THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv P 5.4
(Rule Number/Section)

Executed, Nunc Pro Tunc, under signature and seal, the 4th of February, 2014.

_______________________(Seal)
Gordon LeRoy,Hall

2. **PRIVATE NEGOTIABLE PERFORMANCE BOND.**

Comes now, Gordon LeRoy,Hall, hereinafter referred to as "Principal," and tenders this "Private Negotiable Performance Bond", in good faith, in regard to Principal's "Tender of Offer for Full Acquittance and Discharge of Case #CR-14-8020-PCT-DGC(LOA)."

1. Principal is acting, also as surety with regard to this "... Bond".

2. Principal hereby agrees to pay all costs incurred, including but not limited to, any and all, direct or indirect charges, cost of attachment, attorney's fees, court costs, expenses, taxes, fines, and the like, hereinafter "Accounts," which may be assessed/ adjudged against the Principal, payable to the clerk of the UNITED STATES DISTRICT COURT for the DISTRICT OF ARIZONA.

3. Principal hereby agrees to pay all costs of enforcement of section #2 hereinabove, should Principal fail to pay costs assessesed/adjudged regarding section #2 hereinabove, payable to the Clerk of the U.S. District Court, for the District of Arizona.

Principal hereby certifies, under the penalty of perjury, under the laws of the United States of America (28 U.S.C. § 1746) that the facts certified in the forgoing "Private Negotiable Performance Bond," are true and correct to the best of Principal's personal knowledge, understanding, and belief.

Executed Nunc Pro Tunc, under signature and seal, the 4th day of February, 2014.

_______________________(Seal)
Gordon LeRoy,Hall

## 3. DECLARATION OF SERVICE/DELIVERY.

I, Gordon LeRoy, Hall, hereinafter referred to as "Declarant", hereby affirm, and declare, (28 U.S.C. § 1746), based on personal knowledge, understanding and belief, as a free act and deed, that:

1. Declarant is of the age of majority, of sound mind, and competent to testify.

2. Declarant delivered an original signed copy of Declarant's "Tender of Offer for Acquittance and Discharge of CR-14-8020-PCT-DGC (LOA), and Private Negotiable Performance Bond", to an officer of the Federal Bureau of Prisons, United States Penitentiary, Marion, Illinois, Communications Management Unit, addressed to:

Clerk of the Court, USPS Cert. Mail # 7015 ~~3440~~ 3430 0000 7526 92~~64~~ 23
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Room #130
Phoenix, AZ 85003-2119 and addressed to:

U.S. Attorney, C/O U.S. Attorney's Office
Two Renaissance Square
40 North Central Avenue, Suite #1200
Phoenix, Arizona 85004-4408 and addressed to:

U.S. Attorney General, Loretta E. Lynch
C/O U.S. Department of Justice
950 Pennsulvania Avenue, N.W.
Washington, DC 20530

to be sent/mailed out via legal and/or regular U.S. Mail.

3. Due to the fact that the Declarant is in fact imprisoned, the Declarant can find no evidence that service and/or filing of said documents referred to in statement #2, is not in-fact perfected upon delivery of said documents to an officer of the F.B.O.P., U.S.P. Marion, IL, CMU to be mailed as per the published legal authority:

Houston v. Lack, 487 U.S. 266 (1988); United States v. Reilly, 385 F.2d. 225, 228, (10th Cir. 1967), F.R.Civ.P., Rule 5(b), F.R.A.P., Rule 25.

Service and/or filing of the forgoing documents mentioned in statement #2, is perfected this 29th day of June 2016.

4. Declarant has nothing further to state at this time.

Declarant hereby affirms and declares under the penalty of perjury under the laws of the United States of America, (28 U.S.C. § 1746), that the facts stated in the forgoing section #3, "Declaration of Service/Delivery", are true, and correct to the best of the Declarant's personal knowledge, understanding and belief.

Executed under signature and seal, this 29th day of June, 2016.

_________________________ (Seal)
Gordon LeRoy, Hall

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 0 4 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______________ DEPUTY

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1) Gordon Leroy Hall,
(Counts 1-5)

2) Brandon Alexander Adams,
(Counts 1-4)

3) Benton Tyler Thomas Hall,
(Counts 1-4)

Defendants.

CR-14-8020-PCT-DGC (LOA)

**INDICTMENT**

VIO: 18 U.S.C. §§ 514(a)(1) and 2
(Making Fictitious Instrument)
Counts 1 and 2

18 U.S.C. §§ 514(a)(2) and 2
(Using Fictitious Instrument)
Counts 3 and 4

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
(Felon in Possession of a Firearm)
Count 5

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
(Forfeiture Allegation)

THE GRAND JURY CHARGES:

**COUNTS 1 and 2**

On or about January 22, 2013 through on or about January 28, 2013, in the District of Arizona and elsewhere, GORDON LEROY HALL, BRANDON ALEXANDER ADAMS, and BENTON TYLER THOMAS HALL with the intent to defraud, drew, printed, processed, produced, published, and otherwise made, and attempted and caused the same, within the United States, a false or fictitious instrument, document, and other item, appearing, representing, purporting, and contriving through scheme and artifice to be an actual security and financial instrument issued under the authority of the United States, as set forth in the chart below:

Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014. [signature] (Seal)
Gordon LeRoy, Hall

Negotiable, special deposit, private, priority, to the order of the United States, for full acquittance and discharge, pursuant to the Act evidenced at Title 12 USC § 95a(2).
By: Grantor-Beneficiary, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014.

_________________________(Seal)
Gordon LeRoy, Hall

| Count | Issue Date | Approximate Date Printed, Processed or Produced | Face Value | Title of Fictitious Document |
|---|---|---|---|---|
| 1 | January 24, 2013 | January 28, 2013 | $868,397.60 | Money Order |
| 2 | January 24, 2013 | January 28, 2013 | $635,176.26 | Money Order |

In violation of Title 18, United States Code, Sections 514(a)(1) and 2.

## COUNTS 3 and 4

On or about January 22, 2013 through on or about January 28, 2013, in the District of Arizona and elsewhere, GORDON LEROY HALL, BRANDON ALEXANDER ADAMS, and BENTON TYLER THOMAS HALL with the intent to defraud, passed, uttered, presented, offered, brokered, issued, and attempted and caused the same, within the United States, a false or fictitious instrument, document, and other item, appearing, representing, purporting, and contriving through scheme and artifice to be an actual security and financial instrument issued under the authority of the United States, as set forth in the chart below:

| Count | Issue Date | Approximate Date Passed or Presented | Face Value | Title of Fictitious Document |
|---|---|---|---|---|
| 3 | January 24, 2013 | January 28, 2013 | $868,397.60 | Money Order |
| 4 | January 24, 2013 | January 28, 2013 | $635,176.26 | Money Order |

In violation of Title 18, United States Code, Sections 514(a)(2) and 2.

## COUNT 5

On or about March 14, 2013, in the District of Arizona, GORDON HALL, having been previously convicted of Conspiracy to Commit Securities Fraud and Wire Fraud, Securities Fraud, and RICO in United States District Court, Southern District of New



Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014.
Gordon LeRoy, Hall (Seal)

Negotiable, special deposit, private, priority, to the order of the United States, for full acquittance and discharge, pursuant to the Act evidenced at Title 12 USC § 95a(2).
By: Grantor-Beneficiary, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014.

_______________________(Seal)
Gordon LeRoy: Hall

York, case number 1:97CR01215-009, on or about November 1, 1999, crimes punishable by imprisonment for a term exceeding one year, did knowingly possess two Kriss Vector CRB .45 caliber ACP semi-automatic rifles and one Springfield Armory model XD .40 caliber pistol, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offenses in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2), set forth in Count 5, defendant GORDON LEROY HALL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and/or ammunition involved in or used in the knowing violation of the statutes set forth above, including, but not limited to:

1. Kriss Vector CRB .45 caliber ACP semi-automatic rifles, S/N 45C009091;
2. Kriss Vector CRB .45 caliber ACP semi-automatic rifles, S/N 45C008839; and
3. Springfield Armory model XD .40 caliber pistol, S/N US437985.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).



Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014. ____________ (Seal)
Gordon LeRoy, Hall

Negotiable, special deposit, private, priority, to the order of the United States, for full acquittance and discharge, pursuant to the Act evidenced at Title 12 USC § 95a(2).
By: Grantor-Beneficiary, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014.

________________________________ (Seal)
Gordon LeRoy, Hall

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: February 4, 2014

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/

LISA E. JENNIS
Assistant U.S. Attorney



Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014. ______ (Seal)
Gordon LeRoy, Hall

Negotiable, special deposit, private, priority, to the order of the United States, for full acquittance and discharge, pursuant to the Act evidenced at Title 12 USC § 95a(2).
By: Grantor-Beneficiary, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014. ______________________(Seal)
Gordon LeRoy, Hall