Gordon LeRoy, Hall [#41280-054]
UNITED STATES PENITENTIARY MARION
COMMUNICATIONS MANAGEMENT UNIT
P.O. Box # 1000
Marion, IL 62959

CERTIFIED MAIL®

7015 3430 0000 7526 9288




RECEIVED

JUL 5 2016

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

⇔41280-054⇔
U S District Court
401 W Washington ST
Phoenix, AZ 85003
United States