FILED LODGED
RECEIVED COPY
OCT 1 2 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CR-14-00184-PHX-NVW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | Case No.: CR-14-8020-PCT-DGC(LOA) |
| v. | ) | WRIT OF PRAECIPE TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT AND PROOF OF SERVICE |
| 1) Gordon Leroy Hall, | ) | |
| 2) Brandon Alexander Adams, | ) | |
| 3) Benton Tyler Thomas Hall Defendants. | ) | |

COMES NOW, gordon leroy, hall, a natural person and Grantor-Beneficiary on behalf of Defendant Gordon Leroy Hall, an artificial person, hereinafter "Grantor-Benediciary" to present this Writ of Praecipe to the Clerk of the United States District Court, hereinafter "Trustee" for Remedy and Relief as herein more fully appears, and makes the following statements of his own knowledge that:

1. Grantor-Beneficiary accepted, endorced, and returned the indictment in the above referenced case, hereinafter "Property" together with a bond for costs of attachment, fees, court costs, et cetera, nunc pro tunc the 4th day of February , 2014 via United States Postal Service, First-class, postage prepaid, Certified Mail No.: 70153434000075269288 , a copy attached hereto and incorporated herein and marked as "Exhibit A", to the Trustee for full setoff, settlement, and closure of case/account No.: CR-14-8020-PCT-DGC-(LOA) in the United States District Court, hereinafter "Account" pursuant to United States Congressional Act as evidenced at Title 12 USC §95a(2) that states in pertinent part:



THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv 5.4
(Rule Number/Section)

"Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this subdivision or any rule, regulation, instruction, or issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this subdivision, or any rule, regulation, instruction, or direction issued hereunder."

REMEDY AND RELIEF DEMANDED

Grantor-Beneficiary hereby demand that Trustee immediately provide the following:

a) Grantor-Beneficiary hereby demand that Trustee deposit the Property conveyed to the Trustee (see copy Exhibit A) to the Order of the United States if the Property has not already been deposited and credit the Account.

b) Grantor-Beneficiary hereby demand that Trustee issue or cause to be issued the full acquittance and discharge for the the Account, for immediate release and discharge of both the Defendant and the Grantor-Beneficiary.

c) Grantor-Beneficiary demand that Trustee forthwith forward said acquittance (receipt) and discharge for the Account to the Grantor-Beneficiary and the Federal Bureau of Prisons at USP Marion, as necessary to effect release and discharge of both the Defendant and the Grantor-Beneficiary.

It is consented and agreed between Trustee and Grantor-Beneficiary that Trustee's acceptance of the Property and the

Bond conveyed by the Grantor-Beneficiary (see copy Exhibit A) constitutes a fiduciary duty by the Trustee to deposit the Property to the Order of the United States in accordance with United States Congressional Act evidenced at Title 12 USC 95a(2), issue or cause to be issued the full acquittance and discharge for all purposes of the obligation(s) in the Account, and to cause the immediate release and discharge of both the Defendant and Grantor-Beneficiary.

TIME IS OF THE ESSENCE

Failure by the Trustee to perform hereto shall constitute consent and agreement between the Trustee and Grantor-Beneficiary that Trustee is acting in bad-faith and obstructing justice, in breach of Trustee's fiduciary duty herein, oath of office, and individually with malice aforethought., causing irreparable injury and harm to both Defendant and Grantor-Beneficiary herein, incurring liability under the law.

VERIFICATION

gordon leroy, hall, makes affirmation that the statements in his foregoing WRIT OF PRAECIPE made on his own knowledge are true.

Executed under signature and seal this 5th day of October 2016.

[signature] Seal

ATTESTATION

Illinois State )
 )
Williamson county )

Personally appeared before us, private Americans, at said county and State, gordon leroy, hall, who is personally known to us, deposed, said, and affirmed that the facts setforth in his foregoing WRIT OF PRAECIPE, are stated upon his own personal knowledge and are true, correct, complete, and not misleading, under penalty of perjury, and did before us solemnly affirm as true and subscribe this 5th day of October, 2016.

Affirmed and subscribed before me.

Tyrone Eugene Jordan, Witness

Affirmed and subscribed before me.

james timothy turner, Witness

Affirmed and subscribed before me.

Kurt Johnson, Witness

AFFIDAVIT OF SERVICE/DELIVERY

gordon leroy, hall, hereby makes affirmation that the statements made in his following affidavit of service/delivery is made as of his own knowledge, are true that:

1. gordon leroy, hall is of the age of majority, of sound mind, and competent to testify;

2. gordon leroy, hall, delivered an original signed "WRIT OF PRAECIPE" to an officer of the Federal Bureau of Prisons, Marion U.S. Penitentiary, in Illinois state, addressed to the following:

Clerk of Court
Sandra Day O'Connor, U.S. Courthouse
401 W. Washington St. Room 130
Phoenix, Arizona

WRIT OF PRAECIPE (5 pAGES)
TENDER OF OFFER (4 pages)
INDICTMENT (4 pages endorsed front and back)
COVER LETTER TO CLERK (1 page)
Total of 14 pages Sent by USPS Certified Mail 7015 3434 0000 7526 9592

to be sent via outgoing legal mail, with postage paid and affixed, to be filed and entered on the docket of case number referenced supra, as per Fed. R. Civ. P. 79(1)(2)(A)(B).

3. gordon leroy, hall, can find no evidence that service and/or filing of said documents referred to in ¶2, herein is not in-fact perfected upon the delivery of said documents to an officer of the Federal Bureau of Prisons at Marion U.S. Penitentiary, Marion, Illinois, to be mailed per published legal authority:

Houston v Lack, 487 US 266 (1988); Fed. R. Civ. P. Rule 5(b)(1) and Rule 5(b)(2)(c); Fed. R. App. P. Rule 25.

Service and/or Court filing of the foregoing documents indicated in ¶2 is perfected this 6th day of October 2016.

4. gordon leroy, hall, makes affirmation that the statements made in his foregoing Affidavit of Service/Delivery, made as of his own knowledge are true.

Executed under signature and Seal this 6th day of October 2016.

gordon leroy, hall

ATTESTATION

Illinois state )
Williamson County )

Personally appeared before us, private Americans, at said County and State, gordon leroy, hall, who is personally known to us, deposed, said, and declared that the facts set forth in the foregoing Affidavit of Service Delivery, are stated upon his own knowledge, are true and correct, under penalty of perjury, and did before us solemnly affirm and subscribe this 6th day of October 2016.

Affirmed and subscribed before me.

Tyrone Eugene Jordan, Witness

Affirmed and subscribed before me.

james timothy turner

james timothy, turner, Witness

Affirmed and subscribed before me.

Kurt Johnson, Witness

# Exhibit A

From: Gordon LeRoy, Hall [#41280-054]
UNITED STATES PENITENTIARY MARION
COMMUNICATIONS MANAGEMENT UNIT
P.O. Box # 1000
Marion, IL 62959

To: Clerk of the Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington St. Rm. #130
Phoenix, AZ 85003-2119

In Re: Case No. CR-14-8020-PCT-DGC(LOA), filed in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX.

Please find enclosed the following documents:

1. "Tender of Offer for Acquittance and Discharge of Case No. CR-14-8020-PCT-DGC(LOA), and Private Negotiable Performance Bond, (12 USC § 95a(2))."

The forgoing document is presented as an amended "Tender of Offer ...", to correct clerical error on tender filed and served the 22nd day of June, 2016.

Upon receipt, please file and enter the forgoing documents into the docket of Case No. CR-14-8020-PCT-DGC(LOA), and deposit the attached "Instrument", to the Order of the United States for full acquittance and discharge of case no. CR-14-8020-PCT-DGC(LOA), pursuant to the Act evidenced at Title 12 USC § 95a(2), Nunc Pro Tunc, the 4th day of February, 2014.

Done this 29th day of June, 2016.

Gordon LeRoy Hall

Gordaon LeRoy, Hall

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Gordon Leroy Hall,<br><br>Defendant, | Case No. CR-14-8020-PCT-DGC(LOA)<br><br>TENDER OF OFFER<br>for<br>ACQUITTANCE AND DISCHARGE<br>of<br>Case No. CR-14-8020-PCT-DGC(LOA)<br>and<br>PRIVATE NEGOTIABLE<br>PERFORMANCE BOND<br>(12 U.S.C. § 95a (2)) |

Comes now, Gordon LeRoy Hall, hereinafter referred to as the "Undersigned," and presents this "Tender of Offer for Acquittance and Discharge of Case #CR-14-8020-PCT-DGC(LOA), and Private Negotiable Performance Bond," as herein more fully appears.

1. **TENDER OF OFFER FOR ACQUITTANCE AND DISCHARGE OF CASE NUMBER:** CR-14-8020-PCT-DGC(LOA).

As evidenced by the attached instrument entitled, "(Superseding) Indictment," the Undersigned has accepted said instrument, Nunc Pro Tunc, the 4th day of February, 2014, and as evidenced by the attached instrument, the Undersigned has endorsed said instrument to be Deposited to the Order of the United States for full Acquittance and Discharge, pursuant to the act evidenced at Title 12 U.S.C. § 95a (2), Nunc Pro Tunc, February 04, 2014.

The Undersigned hereby tenders this Offer for Full Acquittance and Discharge of Case #CR-14-8020-PCT-DGC(LOA), to the UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ARIZONA, in good faith for Full Acquittance and Discharge of Case #CR-14-8020-PCT-DGC(LOA) in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA.

Executed, Nunc Pro Tunc, under signature and seal, the 4th of February, 2014.

______________________________(Seal)
Gordon LeRoy, Hall

2. **PRIVATE NEGOTIABLE PERFORMANCE BOND.**

Comes now, Gordon LeRoy, Hall, hereinafter referred to as "Principal," and tenders this "Private Negotiable Performance Bond", in good faith, in regard to Principal's "Tender of Offer for Full Acquittance and Discharge of Case #CR-14-8020-PCT-DGC(LOA)."

1. Principal is acting, also as surety with regard to this "... Bond".

2. Principal hereby agrees to pay all costs incurred, including but not limited to, any and all, direct or indirect charges, cost of attachment, attorney's fees, court costs, expenses, taxes, fines, and the like, hereinafter "Accounts," which may be assessed/ adjudged against the Principal, payable to the clerk of the UNITED STATES DISTRICT COURT for the DISTRICT OF ARIZONA.

3. Principal hereby agrees to pay all costs of enforcement of section #2 hereinabove, should Principal fail to pay costs assessesed/adjudged regarding section #2 hereinabove, payable to the Clerk of the U.S. District Court, for the District of Arizona.

Principal hereby certifies, under the penalty of perjury, under the laws of the United States of America (28 U.S.C. § 1746) that the facts certified in the forgoing "Private Negotiable Performance Bond," are true and correct to the best of Principal's personal knowledge, understanding, and belief.

Executed Nunc Pro Tunc, under signature and seal, the 4th day of February, 2014.

______________________________(Seal)
Gordon LeRoy, Hall

3. DECLARATION OF SERVICE/DELIVERY.

I, Gordon LeRoy, Hall, hereinafter referred to as "Declarant", hereby affirm, and declare, (28 U.S.C. § 1746), based on personal knowledge, understanding and belief, as a free act and deed, that:

1. Declarant is of the age of majority, of sound mind, and competent to testify.

2. Declarant delivered an original signed copy of Declarant's "Tender of Offer for Acquittance and Discharge of CR-14-8020-PCT-DGC (LOA), and Private Negotiable Performance Bond", to an officer of the Federal Bureau of Prisons, United States Penitentiary, Marion, Illinois, Communications Management Unit, addressed to:

Clerk of the Court, USPS Cert. Mail # 7015 3440 30 0000 7526 9264 88
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, Room #130
Phoenix, AZ 85003-2119 and addressed to:

U.S. Attorney, C/O U.S. Attorney's Office
Two Renaissance Square
40 North Central Avenue, Suite #1200
Phoenix, Arizona 85004-4408 and addressed to:

U.S. Attorney General, Loretta E. Lynch
C/O U.S. Department of Justice
950 Pennsulvania Avenue, N.W.
Washington, DC 20530

to be sent/mailed out via legal and/or regular U.S. Mail.

3. Due to the fact that the Declarant is in fact imprisoned, the Declarant can find no evidence that service and/or filing of said documents referred to in statement #2, is not in-fact perfected upon delivery of said documents to an officer of the F.B.O.P., U.S.P. Marion, IL, CMU to be mailed as per the published legal authority:

Houston v. Lack, 487 U.S. 266 (1988); United States v. Reilly, 385 F.2d. 225, 228, (10th Cir. 1967), F.R.Civ.P., Rule 5(b), F.R.A.P., Rule 25.

Service and/or filing of the forgoing documents mentioned in statement #2, is perfected this 29th day of June 2016.

4. Declarant has nothing further to state at this time.

Declarant hereby affirms and declares under the penalty of perjury under the laws of the United States of America, (28 U.S.C. § 1746), that the facts stated in the forgoing section #3, "Declaration of Service/Delivery", are true, and correct to the best of the Declarant's personal knowledge, understanding and belief.

Executed under signature and seal, this 29th day of June, 2016.

______________________________(Seal)
Gordon LeRoy, Hall

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 0 4 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>1) Gordon Leroy Hall, (Counts 1-5)<br>2) Brandon Alexander Adams, (Counts 1-4)<br>3) Benton Tyler Thomas Hall, (Counts 1-4)<br>Defendants. | CR-14-8020-PCT-DGC (LOA)<br>**INDICTMENT**<br>VIO: 18 U.S.C. §§ 514(a)(1) and 2 (Making Fictitious Instrument) Counts 1 and 2<br>18 U.S.C. §§ 514(a)(2) and 2 (Using Fictitious Instrument) Counts 3 and 4<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of a Firearm) Count 5<br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

**COUNTS 1 and 2**

On or about January 22, 2013 through on or about January 28, 2013, in the District of Arizona and elsewhere, GORDON LEROY HALL, BRANDON ALEXANDER ADAMS, and BENTON TYLER THOMAS HALL with the intent to defraud, drew, printed, processed, produced, published, and otherwise made, and attempted and caused the same, within the United States, a false or fictitious instrument, document, and other item, appearing, representing, purporting, and contriving through scheme and artifice to be an actual security and financial instrument issued under the authority of the United States, as set forth in the chart below:

Private-Priority-Special Acceptance, By: Grantee, under signature and seal,
Nunc Pro Tunc, the 4th day of February, 2014. [signature] (Seal)
Gordon LeRoy, Hall

Negotiable, special deposit, private, priority, to the order of the United States, for full acquittance and discharge, pursuant to the Act evidenced at Title 12 USC § 95a(2).
By: Grantor-Beneficiary, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014.

_______________ (Seal)
Gordon LeRoy, Hall

| Count | Issue Date | Approximate Date Printed, Processed or Produced | Face Value | Title of Fictitious Document |
|---|---|---|---|---|
| 1 | January 24, 2013 | January 28, 2013 | $868,397.60 | Money Order |
| 2 | January 24, 2013 | January 28, 2013 | $635,176.26 | Money Order |

In violation of Title 18, United States Code, Sections 514(a)(1) and 2.

**COUNTS 3 and 4**

On or about January 22, 2013 through on or about January 28, 2013, in the District of Arizona and elsewhere, GORDON LEROY HALL, BRANDON ALEXANDER ADAMS, and BENTON TYLER THOMAS HALL with the intent to defraud, passed, uttered, presented, offered, brokered, issued, and attempted and caused the same, within the United States, a false or fictitious instrument, document, and other item, appearing, representing, purporting, and contriving through scheme and artifice to be an actual security and financial instrument issued under the authority of the United States, as set forth in the chart below:

| Count | Issue Date | Approximate Date Passed or Presented | Face Value | Title of Fictitious Document |
|---|---|---|---|---|
| 3 | January 24, 2013 | January 28, 2013 | $868,397.60 | Money Order |
| 4 | January 24, 2013 | January 28, 2013 | $635,176.26 | Money Order |

In violation of Title 18, United States Code, Sections 514(a)(2) and 2.

**COUNT 5**

On or about March 14, 2013, in the District of Arizona, GORDON HALL, having been previously convicted of Conspiracy to Commit Securities Fraud and Wire Fraud, Securities Fraud, and RICO in United States District Court, Southern District of New



Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014.
Gordon LeRoy, Hall (Seal)

Negotiable, special deposit, private, priority, to the order of the United States, for full acquittance and discharge, pursuant to the Act evidenced at Title 12 USC § 95a(2).
By: Grantor-Beneficiary, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014.

______________________ (Seal)
Gordon LeRoy, Hall

York, case number 1:97CR01215-009, on or about November 1, 1999, crimes punishable by imprisonment for a term exceeding one year, did knowingly possess two Kriss Vector CRB .45 caliber ACP semi-automatic rifles and one Springfield Armory model XD .40 caliber pistol, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offenses in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2), set forth in Count 5, defendant GORDON LEROY HALL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and/or ammunition involved in or used in the knowing violation of the statutes set forth above, including, but not limited to:

1. Kriss Vector CRB .45 caliber ACP semi-automatic rifles, S/N 45C009091;
2. Kriss Vector CRB .45 caliber ACP semi-automatic rifles, S/N 45C008839; and
3. Springfield Armory model XD .40 caliber pistol, S/N US437985.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).



Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014. ____ (Seal)
Gordon LeRoy Hall

Negotiable, special deposit, private, priority, to the order of the United States, for full acquittance and discharge, pursuant to the Act evidenced at Title 12 USC § 95a(2).
By: Grantor-Beneficiary, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014.

______________________________ (Seal)
Gordon LeRoy, Hall

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: February 4, 2014

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/

LISA E. JENNIS
Assistant U.S. Attorney



Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014. ________ (Seal)
Gordon LeRoy, Hall

Negotiable, special deposit, private, priority, to the order of the United States, for full acquittance and discharge, pursuant to the Act evidenced at Title 12 USC § 95a(2).
By: Grantor-Beneficiary, under signature and seal, Nunc Pro Tunc, the 4th day of February, 2014.

______________________ (Seal)
Gordon LeRoy, Hall