IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Gordon Leroy Hall,

Defendant.

No. CR-14-00184-01-PHX-NVW

**ORDER**

IT IS ORDERED striking the Defendant's Writ of Praecipe to the Clerk of the United States District Court for the District and Proof of Service (Doc. 201) as not a permissible filing.

DATED this 13th day of October, 2016.

Neil V. Wake
United States District Judge